IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRACY G. RYLAND                                                                                           PLAINTIFF

v.                                          NO.  5:04CV00360 JMM

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment will be entered affirming the final decision of the Commissioner and dismissing Plaintiff's complaint with prejudice.

IT IS SO ORDERED this 29th day of November, 2005.


                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE