IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRACY G. RYLAND                                                                                          PLAINTIFF

v.                                            NO.  5:04CV00360 JMM

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 29th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE